**Donald M. ALFORD, Plaintiff–
Appellant,**

v.

**George F. MELTZER, individually and
as an employee of Snyder National
Carriers, Incorporated; Schneider
Specialized Carriers, Incorporated,
Defendants–Appellees,**

**and**

**Snyder National Carriers, Incorporated,
Defendant.**

No. 01–2121.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 25, 2002.

Decided March 11, 2002.

Donald M. Alford, Appellant Pro Se.
Daniel C. Cooper, Steptoe & Johnson,
Clarksburg, West Virginia, for Appellees.

Before LUTTIG and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Donald M. Alford appeals the district
court's judgment entered pursuant to the
jury's verdict in favor of the Appellees in
this civil action and the court's order deny-
ing his motion for a new trial. We have
reviewed the record and the district
court's orders and find no reversible error.

Alford offers only conclusory assertions in
support of his claim that the Appellees
were responsible for his automobile acci-
dent. In addition, Alford failed to object
to Appellees' cross-examination of Alford
regarding his medication, and failed to
move for judgment as a matter of law
pursuant to Fed.R.Civ.P. 50(b). Accord-
ingly, we affirm. *See Alford v. Meltzer,*
No. CA–99–6–1 (N.D.W. Va. filed Sept. 7,
2001, entered Sept. 10, 2001). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*